154 A.3d 1262

IN THE MATTER OF NESTOR SMITH, AN ATTORNEY
AT LAW (ATTORNEY NO. 008702002)

March 7, 2017.

## ORDER

This matter having been duly presented, it is ORDERED that **NESTOR SMITH** of **GALLOWAY,** who was admitted to the bar of this State in 2002, and who was suspended from the practice of law for a period of three months, effective November 4, 2016, by

Order of this Court filed October 5, 2016, be restored to the practice of law, effective immediately.